UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**FRANKIE RENEE KENNEDY**

Defendant.

Criminal Action No. **10cr257**
(CKK)

## ORDER

On November 8, 2010, Defendant Frankie Renee Kennedy, pursuant to Fed. R. Crim P.

11, waived her right to trial by jury, consented to proceed before a Magistrate Judge, and entered

a guilty plea before Magistrate Judge Alan Kay, who subsequently filed a Report and

Recommendation [#13]. No objections to the Magistrate Judge's Report and Recommendation

have been received by the Court.

Accordingly, it is this  20  day of January, 2011,

**ORDERED** that the Court hereby <u>accepts</u> Ms. Kennedy's plea of guilty before

Magistrate Judge Alan Kay on November 8, 2010, and the Report and Recommendation filed on

November 10, 2010, in the above-captioned case is hereby **ADOPTED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Courtroom Clerk
Michelle Peterson, AFPD
Brian Seeley, AUSA
Magistrate Judge Alan Kay
Pretrial Services
U.S. Probation

